BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-452 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **PROTECTIVE ORDER REGARDING DISCOVERY** |
| ALLAN J. JOHNSTON, | |
| Defendant. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties recognize that the discovery materials contain personal identifying information of innocent third parties;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate; and

WHEREAS, the defendant ALLAN JOHNSTON has counsel who wishes the opportunity to review the discovery,

Defendant ALLAN JOHNSTON and Plaintiff United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

Stipulation and [Proposed] Protective Order Regarding Discovery

1

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense Counsel shall not disclose any of the discovery to any person other than his client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of his client.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel agrees not to allow the Defendant to copy or record from the discovery any personal identifying information of any person other than the Defendant.

7. If Defense Counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

7. In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

///
///
///
///

Stipulation and [Proposed] Protective Order Regarding Discovery

8. Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated: February 8, 2013         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Matt Segal
      MATTHEW D. SEGAL
      Assistant U.S. Attorney


By:   /s/ Benjamin B. Galloway
      BENJAMIN B. GALLOWAY
      Assistant Federal Defender
      Counsel for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED.

DATED: February 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE