1  JOSEPH SCHLESINGER, Bar# 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALLAN JAMES JOHNSTON

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,         ) No. 2:12-cr-452 GEB
                                       )
13 |          Plaintiff,               ) **STIPULATION AND [PROPOSED] ORDER**
                                       ) **TO CONTINUE STATUS CONFERENCE AND**
14 |    v.                             ) **EXCLUDE TIME**
                                       )
15 | ALLAN JAMES JOHNSTON,             )
                                       ) DATE:  April 26, 2013
16 |          Defendant.               ) TIME:  9:00 a.m.
                                       ) JUDGE: Hon. Garland E. Burrell
17 | _____   )

18

19      IT IS HEREBY STIPULATED by and between the parties hereto through

20 their respective counsel, MATTHEW SEGAL, Assistant United States

21 Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant

22 Federal Defender, attorney for Defendant, ALLAN JAMES JOHNSTON, that

23 the status conference set for Friday, March 29, 2013 be continued to

24 Friday, April 26, 2013 at 9:00 a.m.

25      The reason for this continuance is to allow defense counsel

26 additional time to review discovery with the defendant, to examine

27 possible defenses and to continue investigating the facts of the case.

28 / / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: March 26, 2013  JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant

DATED: March 26, 2013  BENJAMIN WAGNER
United States Attorney

/s/ Benjamin Galloway for
MATTHEW SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

| | |
|---|---|
| 1 | The Court orders that the time from the date of the parties |
| 2 | stipulation, up to and including April 26, 2013, shall be excluded from |
| 3 | computation of time within which the trial of this case must be |
| 4 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. |
| 5 | § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is |
| 6 | further ordered that the March 29, 2013 status conference shall be |
| 7 | continued until April 26, 2013, at 9:00 a.m. |

Dated: March 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge